People v Jackson (2025 NY Slip Op 05530)

People v Jackson

2025 NY Slip Op 05530

Decided on October 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
PAUL WOOTEN
JANICE A. TAYLOR
CARL J. LANDICINO, JJ.

2023-03005
 (Ind. No. 70739/22)

[*1]The People of the State of New York, respondent,
v
Samuel Jackson, appellant.

Patricia Pazner, New York, NY (Angad Singh of counsel), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Lisa Grey, J.), rendered February 8, 2023, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review an order of protection issued at the time of sentencing.
ORDERED that upon the appeal from the judgment, the order of protection is modified, on the law, by deleting the provision thereof directing that it shall remain in effect until and including February 7, 2032, and substituting therefor a provision directing that it shall remain in effect until and including February 7, 2031; and it is further,
ORDERED that the judgment is affirmed.
As the People correctly concede, the duration of the order of protection exceeded the maximum period permissible under CPL 530.13(4)(A). The defendant requests, and the People concede, that the order of protection should be modified accordingly. Therefore, we modify the order of protection by providing that it shall remain in effect until and including February 7, 2031 (see People v Lloyd, 235 AD3d 900, 901; People v Villan, 234 AD3d 717, 718).
CONNOLLY, J.P., WOOTEN, TAYLOR and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court